# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| PATRICK KELLETT, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:08cv1792 TCM |
| ) | |
| THE FLETCHER COMPANY, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon review of the Court file, the Court notes that there has been no activity in this action since the filing of the return of proof of service upon defendant, **The Fletcher Company, LLC**, on **January 7, 2009**.

**IT IS HEREBY ORDERED** that Plaintiffs shall, within fourteen (14) days of the date of this order, file appropriate motions for entry of default and for default judgment, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration.

Failure to comply with this order may result in dismissal without prejudice.

Dated this  10th  day of  February , 2009.

/s/Thomas C. Mummert, III*
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE