UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PATRICK KELLETT, et al., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:08CV1792 JCH |
| ) | |
| THE FLETCHER COMPANY, LLC, ) | |
| ) | |
| Defendant(s). ) | |

**ORDER**

This matter is before the Court on Plaintiffs' Motion for Default Judgment, filed February 23, 2009. (Doc. No. 8). By way of background, Plaintiffs filed their First Amended Complaint pursuant to the Employee Retirement Income Security Act of 1974 and the Labor Management Relations Act of 1947 on December 11, 2008. (Doc. No. 4). Plaintiffs served the Complaint on Defendant on January 7, 2009. (Doc. No. 5). When Defendant failed to answer or otherwise appear, Plaintiffs requested that the Clerk of Court enter default on February 23, 2009. (Doc. No. 7). The Clerk of Court entered default against Defendant The Fletcher Company, LLC, on February 25, 2009. (Doc. No. 10).

As stated above, Plaintiffs filed their Motion for Default Judgment on February 23, 2009. (Doc. No. 8). Upon consideration, the Court will grant Plaintiffs' Motion for Default Judgment, and award damages as follows: (1) $70,438.66 in delinquent fringe benefit contributions; (2) $4,400.00 in liquidated damages; (3) $6,623.05 in interest; (4) $7,467.53 in Union dues; and (5) $1,108.50 in attorneys' fees and costs.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Default Judgment (Doc. No. 8) is **GRANTED**, and Plaintiffs are awarded judgment against Defendant The Fletcher Company, LLC, in the amount of $90,037.74.

Dated this 16th day of March, 2009.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE